[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] MEMORANDUM OF DECISION
The court after hearing makes the following orders respecting the claim of defendant Deborah Bonfietti for reimbursement of CT Page 16003 expenses to maintain the rental unit and capital expenses required for the main house.
 Snow Removal for the rental unit Plaintiff's 1/2 share $ 62.50
Water pump repair 20.00
Water filter — 1/2 share 70.00
Removal of tree — 1/2 share 75.00
 Pro rata share of the electric bill for the rental unit 220.54
 Pro rata share of minor child's counseling expense for defendant 75.00
Repair to house furnace 83.45
 Reimbursement for medical and dental insurance expenses paid for by plaintiff 228.35 ________
 Total court ordered allocation due defendant $ 834.84
It is so ordered.
KOCAY, J.